

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS

### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable E. R. Wright, Superintendent,
Texas School for the Deaf
Austin, Texas

Dear Dr. Wright:

Opinion No. O-3757

Re: Whether or not the Texas
School for the Deaf could
pay the Principal, Voca-
tional School, $1500.00
for nine months' work,
and provide him with house,
water, lights and fuel for
twelve months, under the
Appropriation Act, 1941?

This will acknowledge receipt of your letter
of July 15, 1941, inquiring whether or not the Texas
School for the Deaf could pay the Principal, Vocational
School, $1500.00 for nine months' work, and provide him
with house, water, lights and fuel for twelve months,
under the Appropriation Act, 1941.

In your letter you quote Item 24 as S. B. No.
402, p. 1914, as follows:

"Principal, vocational school, with
house, water, lights, and fuel for 12
months 1500.00."

We have compared your quotation from the Sen-
ate Journal with the original Bill, and find it to be
correct.

It is true, as you state, the appropriation con-
tains, immediately following the heading of items Salaries,
the following:  "(Nine months unless otherwise noted)."

Item 24, the one as to which you inquire, express-
ly states, however, "Principal, vocational school, with house,

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

water, lights, and fuel for 12 months 1500.00." The clear import of this language is that the twelve months pertains not only to salary, but likewise to house, water, lights, and fuel. There is nothing in the language from which it could be inferred, much less noted, that there was to be any distinction with respect to the period for which the different sub-items should be paid or furnished. In other words, there is nothing to indicate a legislative intention that the salary should be for nine months, and the house, water, lights, and fuel should be furnished the principal for twelve months.

Our interpretation comports with the legislative intention, as indicated in Item 23. That item is:

"Principal of academic school, 10 months, with house, water, lights, and fuel for 12 months 1700.00."

Thus, it is clearly noted that the salary is for ten months, whereas, the other items are for twelve months.

From these considerations, it follows your question should be answered in the negative.

APPROVED JUL 23, 1941

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR


APPROVED
OPINION
COMMITTEE
BY